# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 02-3738

_____

| | | |
|---|---|---|
| Dwight F. Johnson, Sr., | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | Eastern District of Missouri. |
| | * | |
| Schnucks Markets, Inc., | * | [UNPUBLISHED] |
| | * | |
| Appellees. | * | |

_____

Submitted: July 2, 2003
Filed: July 9, 2003

_____

Before MORRIS SHEPPARD ARNOLD, BYE, and RILEY, Circuit Judges.

_____

PER CURIAM.

Dwight F. Johnson appeals the district court's[1] grant of summary judgment in his action alleging his employer violated the Americans with Disabilities Act, 42 U.S.C. §§ 12101-12213. Having carefully reviewed the record and the parties' submissions on appeal, we conclude the district court's decision was correct for the reasons stated therein. We do not address the claims Johnson raises for the first time on appeal. See Spear v. Dayton's, 771 F.2d 1140, 1144 (8th Cir. 1985) (refusing to consider claim not presented to district court).

_____

[1]The Honorable Stephen N. Limbaugh, United States District Judge for the Eastern District of Missouri.

Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

A true copy.

    Attest:

        CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.